UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EXCLUSIVE WIRELESS, INC., <br><br> Plaintiff, <br><br> v. <br><br> THE WIRELESS STORES, LLC *et al.*, <br><br> Defendants. | Case No. 1:21-cv-01398-ADA-EPG <br><br> ORDER RE: STIPULATION OF DISMISSAL <br><br> (ECF No. 23). <br><br> ORDER DISCHARGING ORDER TO SHOW CAUSE <br><br> (ECF No. 22). |

On October 24, 2022, the Court issued an order directing Plaintiff and Defendants to show cause why sanctions should not issue against them for failure to comply with the deadline to file dispositional documents pursuant to Local Rule 160(b) and the Court's order. (ECF No. 22). The Court's order to show cause required the parties to file a written response, or alternatively, file appropriate dismissal documents or a filing explaining why they are unable to do so, no later than October 31, 2022. (Id. at 2).

On October 25, 2022, the parties filed a joint stipulation for dismissal with prejudice and without attorney fees or costs to any party. (ECF No. 23).

Accordingly, IT IS ORDERED that:

1. The Court's order to show cause (ECF No. 22) is DISCHARGED;

1

2. In light of the parties' stipulation (ECF No. 23), this action has been terminated, Fed. R. Civ. P. 41(a)(1)(A)(ii), and has been dismissed with prejudice and without attorney fees or costs to any party;

3. The Clerk of Court is respectfully directed to terminate all pending motions, and to close this case.

IT IS SO ORDERED.

Dated:   **October 26, 2022**                    /s/ Erica P. Grosjean
                                                  UNITED STATES MAGISTRATE JUDGE